**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

**M E M O R A N D U M**

Honorable Morrison C. England, Jr.
United States District Judge
Sacramento, California

RE:   **Thomas Vincent SCALES**
**Docket Number:   2:09CR00243**
**FIREARM STORED AT OFFENDER'S**
**RESIDENCE**

Your Honor:

On March 6, 2003, the offender was convicted of a violation of 18 USC 1344 - Bank Fraud in the District of Arizona.  He was sentenced to 6 months Bureau of Prisons, a four year term of supervised release, and $100 special assessment.  Special conditions include: Participate in substance abuse treatment including testing; Submit to search; Financial disclosure; Participate in mental health treatment; and Prohibited from owning, maintaining or using a firearm.

The felony conviction prohibits the offender from owning, maintaining or using a firearm. As such, and for officer safety reasons, it is customary for the probation office to preclude offenders from residing any place where a firearm is stored.  In the instant case, the offender resides with his father, Ray Scales, who has no criminal record.  He has built a combination safe and would like to return his weapons to the safe in his garage.  When the offender released from prison to his father's home on May 7, 2009, his father removed his guns from his property.  He has since completed the safe, which I have seen, and I am confident the offender will have neither access nor control over any weapons placed into the safe.  Mr. Ray Scales is a responsible citizen who assures me his son will never have access to any weapons he places into the safe.

This case is viewed as an exception to the probation office's prohibition of offenders residing where a firearm is stored.

The firearms will be maintained in a safe and Mr. Ray Scales has vowed to immediately notify the probation officer should, at any time, any weapon be unaccounted for.

Rev. 10/2008
FIREARMS RESIDENCE.WPD

RE:   **Thomas Vincent SCALES**
      **Docket Number:    2:09CR00243**
      **FIREARM STORED AT OFFENDER'S RESIDENCE**

Since the offender will not have constructive possession and in light of the discussion herein, the probation officer plans to allow the offender to remain at his current residence, even though a firearm is stored on the premises.

Respectfully submitted,

**/s/Lori L. Koehnen**
**LORI L. KOEHNEN**
**Senior United States Probation Officer**

Dated:      June 18, 2010
            Sacramento, California
            LLK/cp

**REVIEWED BY:     /s/Kyriacos M. Simonidis**
                  **KYRIACOS M. SIMONIDIS**
                  **Supervising United States Probation Officer**

---

**THE COURT ORDERS:**

(XX)   Approves The Probation Officer's plan to allow offender to reside where a firearm is stored.

(  )   Disapproves the Probation Officer's plan. The offender may not reside where a firearm is store.

(  )   Other:

Dated: June 23, 2010

MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

cc:   To be determined, Assistant United States Attorney
      To be determined, Office of the Federal Defender

Rev. 10/2008
FIREARMS RESIDENCE.WPD